UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WADE P. JACKSON (#113076)

VERSUS                                          CIVIL ACTION

JONATHAN ROUNDTREE, ET AL                       NUMBER 09-163-JVP-SCR

RULING

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Louisiana Department of Public Safety and Corrections Secretary James LeBlanc, Warden Burl Cain, numerous treating physicians, medical personnel, correctional officers and pharmaceutical companies. Plaintiff alleged that he received inadequate medical and mental health treatment, was subjected to an excessive use of force, unconstitutional conditions of confinement and was improperly held in extended lockdown in violation of his constitutional rights. Plaintiff also alleged a products liability claim against several pharmaceutical companies.

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 was denied because on three prior occasions during detention, the plaintiff brought an action that was dismissed as frivolous.[1]

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

On March 26, 2009, the plaintiff was granted 20 days to pay the court's filing fee. Plaintiff was placed on notice that the failure to pay the filing fee within 20 days may result in the dismissal of his § 1983 claim.

A review of the record showed that the plaintiff failed to pay the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, December 11th, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE