UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 DEC 11  P 3: 28

WADE P. JACKSON (#113076)

VERSUS                                      CIVIL ACTION

JONATHAN ROUNDTREE, ET AL                   NUMBER 09-163-JVP-SCR

## J U D G M E N T

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this action is hereby DISMISSED without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, December 11th, 2009.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE